No. A–1005.   LITTLE v. CIUROS, CORRECTION COMMISSIONER.   C. A. 2d Cir.   Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–135.   IN RE DISBARMENT OF KUTZA.   It is ordered that William Henry Kutza, of Fort Myers, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 77–747.   ALLIED STRUCTURAL STEEL CO. v. SPANNAUS, ATTORNEY GENERAL OF MINNESOTA, ET AL.   D. C. Minn. [Probable jurisdiction noted, 434 U. S. 1045.]   Motion of Allied Structural Steel Co. for leave to file supplemental brief after argument granted.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 76–1309.   UNITED STATES v. CACERES.   C. A. 9th Cir. Certiorari granted.

No. 77–1327.   LAKE COUNTRY ESTATES, INC., ET AL. v. TAHOE REGIONAL PLANNING AGENCY ET AL.   C. A. 9th Cir. Certiorari granted.

No. 77–1413.   ARONSON v. QUICK POINT PENCIL CO. C. A. 8th Cir.   Certiorari granted.

No. 76–6559.   SCALLION v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 77–206.   KENAAN v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.